*Daniel B. Bradt* v. *John George Cray.*

A BILL for exceptions had been sealed by the judges of the *Common Pleas*, and the parties attempted to bring on the argument, though no writ of error had been sued out.

*Per Curiam.* Take back your cases. There is no *lis pendens*.

### *Nathan Leonard* v. *Eli Freeman*.

IT appeared on the return to the *certiorari*, that the action in the court below, and in which a recovery had taken place, was instituted for expenses incurred in going to *Albany*, to swear to an answer to a bill filed by the now plaintiff, against the present defendant.

*Per Curiam.* The judgment must be reversed. The court of chancery has the exclusive right to determine questions of costs in the suit before it ; and though the ground of the action might have been a vexatious bill, the justice could not have any cognizance.